**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 18 -CV-23190 DPG

**TIMOTHE DOLCINE**

    Plaintiff,

vs.

**THE VILLAGE OF BISCAYNE PARK,**
**A municipality of the State of Florida**
**CHIEF RAIMUNDO ATESIANI,**
**OFFICER CHARLIE DAYOUB,**
**OFFICER RAUL FERNANDEZ**
**OFFICER RAVELO**
**individually**

    Defendants.

_____/

**NOTICE OF RESOLUTION**

The PLAINTIFF, by and through the undersigned counsel, files this notice of resolution of the claims as the parties settled this matter at mediation. Please cancel all previously scheduled hearings in this matter.

CERTIFICATE OF SERVICE

I hereby certify that on this September 12, 2019 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record for service via transmission of Notices of Electronic filing generated by CM/ECF.

                                        /s/ William C. Robinson
                                        WILLIAM C. ROBINSON, ESQ

Florida Bar No: 386847
Attorney for Plaintiff
P. O. Box 61075
North Miami, FL 33261
Tel:  305-454-9632
Fax: 786-520-3972
E-mail: wcrpleadings@gmail.com