UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-23190-DPG

TIMOTHE DOLCINE,

    Plaintiff(s),

vs.

VILLAGE OF BISCAYNE PARK,
a municipal of the State of Florida,
CHIEF RAIMUNDO ATESIANO,
OFFICER CHARLIE DAYOUB,
OFFICER RAUL FERNANDEZ,
OFFICER RAVELO, Individually
and in their official capacity,

    Defendant(s).
_____/



FILED BY _____ D.C.

SEP 16 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on September 11, 2019. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

    ✓ All Plaintiffs and their respective trial counsel.
    ✓ All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

    ✓ AGREEMENT.
    A partial/final agreement was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

    ___ NO AGREEMENT.
    The parties did not reach an agreement.

    ___ These proceedings have been adjourned and the mediation hearing shall be resumed on

    _____.

CERTIFICATE OF SERVICE

I hereby certify that on 9/11/19 a copy of the above was sent via Electronic Mail to: **William Robinson, Esquire**, robinsonwilliam8@gmail.com; wcrpleadings@gmail.com; **E. Bruce Johnson, Esquire**, johnson@jambg.com; blanca@jambg.com; **Oscar Marrero, Esquire**, oem@marrerolegal.com; dinah@marrerolegal.com; Guertty@marrerolegal.com; **W. Hampton Johnson, Esquire**, whjohnson@jambg.com; young@jambg.com; blanca@jambg.com; **Stephanie Deutsch, Esquire**, sdeutsch@scdlaw.net; twolosh@scdlaw.net.

Respectfully submitted,

*[signature: Bob Zwicky]*

Bob Zwicky, Mediator
Mediator # 15884R
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856 Fax: 954-334-2838
bzwicky@uww-adr.com



MIAMI FL 331

13 SEP 2019 PM 5 L

Wilkie D. Ferguson, Jr., United States Courthouse
400 N. Miami Avenue
Miami, FL 33128
Attn: Clerk of Court

33128180175 0075



BISCAYNE BUILDING
19 WEST FLAGLER STREET, SUITE 420
MIAMI, FL 33130