UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23190-DPG

TIMOTHE DOLCINE,

  Plaintiff,

v.

THE VILLAGE OF BISCAYNE PARK,
A municipality of the State of Florida,
CHIEF RAIMUNDO ATESIANO,
OFFICER CHARLES DAYOUB,
OFFICER RAUL FERNANDEZ,
OFFICER GUILLERMO RAVELO,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff and his counsel hereby give notice that the above-styled action is voluntarily dismissed with prejudice.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished via electronic mail to the attorneys on the attached Service List this 23rd day of September 2019.

    Respectfully submitted,

/s/ William C. Robinson
WILLIAM C. ROBINSON, ESQ
Florida Bar No: 386847
Attorney for Plaintiff
P. O. Box 610575
North Miami, FL 33261
Tel:  305-454-9632;   Fax: 786-520-3972
E-mail: wcrpleadings@gmail.com

*Dolcine v. Village of Biscayne Park, et al*
*CASE NO: 218-CV-23190-DPG*
*Notice of Voluntary Dismissal*
*Page 2*

## SERVICE LIST

E. Bruce Johnson, Esquire
Scott Alexander, Esquire
**ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA**
*Attorney for Defendant Village of Biscayne Park*
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 3304
(954) 463-0100 - Telephone
johnson@jambg.com
young@jambg.com
alexander@jambg.com
blanca@iambg.com

Stephanie Deutsch, Esquire
**LEWIS, STROUD & DEUTSCH, PL**
*Attorney for Defendants Dayoub, Ravelo and Fernandez*
1875 NW Corporate Boulevard, Suite 100
Boca Raton, Florida 33431
(561) 826-2800 - Telephone
Sdeutsch@scdlaw.net
twolosh@scdlaw.net

Oscar E. Marrero, Esquire
**MARRERO & WYDLER**
*Attorney for Defendant Atesiano*
2600 Douglas Road, PH-4
Coral Gables, Florida 33134
(305) 446-5528 - Telephone
oem@marrerolegal.com
dinah@marrerolegal.com
Guertty@marrerolegal.com